UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CANDANCE ALLEN,<br><br>    Plaintiff,<br><br>vs.<br><br>A1 ENTERTAINMENT, LLC<br>    d/b/a<br>ALLURE GENTLEMAN'S CLUB,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-00602-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendant's amended motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed without prejudice.

Dated at Atlanta, Georgia, this 27th day of July, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ A. Hogan
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 27, 2021
Kevin P. Weimer
Clerk of Court

By:   s/ A. Hogan
      Deputy Clerk